O’Donnell, J.,
concurring in part and dissenting in part.
{¶ 9} I concur in the decision to dismiss relators’ open-meetings claim for declaratory relief, as we lack jurisdiction to entertain that claim.
{¶ 10} I respectfully dissent from the resolution of the constitutional challenge to the decennial apportionment of districts in the manner chosen by the majority, which I find unprecedented in our jurisprudence, unwise, and fraught with problems as precedent for future apportionment challenges. The court’s obligation is to review these matters expeditiously, and it should do so.
*252 Michael DeWine, Attorney General, and Jeannine R. Lesperance and Sarah Pierce, Assistant Attorneys General, for respondent Senate President Thomas E. Niehaus.
Michael DeWine, Attorney General, and Richard N. Coglianese, Michael J. Schuler, and Erin Butcher-Lyden, Assistant Attorneys General, for respondent Secretary of State Jon Husted.